IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

MELVIN BUFFINGTON,

    Petitioner,

vs.

ROB JEFFREYS,

    Respondent.

8:23CV558

**ORDER**

This matter is before the Court on Petitioner's notice filed on January 30, 2025, advising that he had not received Respondent's motion for summary judgment materials as of January 27, 2025. Filing No. 17. Respondent filed his motion for summary judgment, Filing No. 13, state court records, Filing No. 14, statement of material facts, Filing No. 15, and brief, Filing No. 16, on January 15, 2025, and included certificates of service certifying that each filing was mailed to Petitioner at the Omaha Correctional Center. In response to Petitioner's notice, Respondent filed a Notice of Mailing, Filing No. 18, notifying the Court that the summary judgment materials were resent to Petitioner on January 30, 2025, at the Omaha Correctional Center, which is Petitioner's current place of confinement as indicated in the Nebraska Department of Correctional Services' online inmate records. See https://dcs-inmatesearch.ne.gov/Corrections/COR_input.jsp (last visited Feb. 5, 2025). Accordingly, on the Court's own motion,

IT IS THEREFORE ORDERED that:

1. Petitioner's deadline to file and serve his brief in opposition to Respondent's summary judgment motion is extended to **March 7, 2025**.

2.    The Clerk of Court is directed to set a pro se case management deadline using the following text: **March 7, 2025**: deadline for Petitioner's brief.

3.    The Clerk of Court is further directed to update Petitioner's address in the Court's records to the following address: Omaha Correctional Center, P.O. Box 11099, Omaha, Nebraska 68110-2766.

4.    Petitioner is advised that he must keep the Court informed of his current address at all times while this case is pending. Failure to do so may result in dismissal without further notice.

Dated this 5th day of February, 2025.

BY THE COURT:

_____
John M. Gerrard
Senior United States District Judge